# Court of Appeals
# of the State of Georgia

ATLANTA, _April 17, 2014_

*The Court of Appeals hereby passes the following order:*

**A14A0235. TERRENCE OWENS, et al. v. U.S. BANK NATIONAL ASSOCIATION.**

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, defendants Terrence Owens, et al., appealed the magistrate court's decision to the superior court. The superior court issued a judgment in favor of the plaintiff. Owens has now appealed the superior court's ruling directly to this Court.

We lack jurisdiction. Because the order at issue concerns a de novo appeal from a magistrate court decision, Owens was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Owens's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, _04/17/2014_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*